## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| JA'MESHIA MONTRELLIA HOLDER | PLAINTIFF |
| v. | CIVIL ACTION NO. 1:25-cv-339-TBM-RPM |
| EXPERIAN INFORMATION SOLUTIONS, INC.; I.C. SYSTEM, INC. | DEFENDANTS |

### Order Granting Unopposed Motion to Set Aside Clerk's Entry of Default

The Court has reviewed Defendant I.C. System, Inc.'s unopposed nine-page motion to set aside the Clerk's entry of default, [15], and its supporting declaration, [15-1]. The motion is granted for all of the reasons set forth in those two documents and because the motion is unopposed.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant I.C. System, Inc.'s [15] Unopposed Motion to Set Aside Default is GRANTED.

SO ORDERED AND ADJUDGED this the 17th day of March, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE