**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| JA'MESHIA MONTRELLIA HOLDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and I. C. SYSTEM, INC.,<br><br>　　　　　Defendant. | Civil Action No.: 1:25-cv-00339-TBM-RPM |

**ORDER GRANTING JOINT MOTION TO ARBITRATE CLAIMS AND STAY**
**LAWSUIT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS day this cause came on before the Court upon a Joint Stipulation between the Plaintiff and Defendant, Experian Information Solutions, Inc. ("Experian"), asking the Court to submit the claims against Experian to arbitration, staying the case as to Experian only. The Court having considered the Motion, and being fully advised in the premises does hereby find that it should be granted.

The Court does hereby order that Plaintiff's claims against Experian are stayed pending an arbitration between the parties before the American Arbitration Association. Accordingly, Plaintiff and Experian shall not be required to file any further pleadings or discovery responses related to Plaintiff's claims against Experian, and all scheduling deadlines are stayed as between Plaintiff and Experian pending completion of the arbitration.

Nothing in this order shall prohibit Plaintiff from challenging the arbitrability of the arbitration agreement between Plaintiff and Experian in arbitration.  Nor shall this order prohibit

Experian from participating in the settlement conference before the Magistrate Judge currently scheduled for June 10, 2026.

ORDERED AND ADJUDGED, this the 22nd day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Lott Warren
Lott Warren (MSB #104796)
Butler Snow LLP
1020 Highland Colony Pkwy, Ste. 1400
Ridgeland, MS 39157
T: (601) 948-5711
E: lott.warren@butlersnow.com

/s/ Caitlin Dunnett Britton
Caitlin Dunnett Britton
(*Pro Hac Vice Admitted*)
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114.1190
T: (216) 586-7021
E: cdunnettbritton@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*